UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 24-519 (DSD/DTS)

James M. M.,

    Plaintiff,

v.                      **ORDER**

Martin O'Malley,
Commissioner of Social
Security,

    Defendant.

This matter is before the court upon the report and recommendation by United States Magistrate Judge David T. Schultz dated August 22, 2024 (R&R). Based on the files and records, and no objections having been filed, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 12] is adopted;

2. Plaintiff's request to reverse the Commissioner's decision [ECF No. 9] is denied; and

3. Defendant's request to affirm the Commissioner's decision [ECF No. 11] is granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 2, 2024

                                      s/David S. Doty
                                      David S. Doty, Judge
                                      United States District Court